# UNITED STATES DISTRICT COURT
for the
District of Maryland

FILED
LODGED _____ RECEIVED
MAR 0 7 2013
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

In the Matter of the Search of           )
*(Briefly describe the property to be searched*   )
*or identify the person by name and address)*    )   Case No.   **13-0364SAG**
                                         )
8478 Greystone Lane, Apt 2A              )
Columbia, MD  21045                      )
                                         )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment B to the affidavit

located in the _____ District of _____ Maryland _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment A to the affidavit

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. § 1951(a) | Hobbs Act Robbery |

The application is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Special Agent J. Matthew Kazlauskas
*Printed name and title*

Sworn to before me and signed in my presence.

Date: February 21, 2013

*Judge's signature*

City and state: Baltimore, Maryland    Stephanie A. Gallagher U.S. Magistrate Judge
*Printed name and title*